Moot at this time. Case has been converted to Chapter 13.

Date signed December 03, 2008



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| BLAINE A. NAVARRE | * | Case No.: 08-15273-DK |
| Debtor | * | Chapter 7 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING TRUSTEE'S MOTION TO COMPEL

Having considered the Trustee's Motion to Compel, and any responses thereto, good cause appearing therein, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Trustee's Motion to Compel be, and hereby is **GRANTED**; and it is further

**ORDERED**, that the Debtor, Blaine A. Navarre, shall provide the Trustee or the Trustee's real estate agent, Ronald M. Osher and the firm of Long & Foster Real Estate, Inc., with access to the Debtor's real property located at 300 Brittany Drive, Joppa Maryland 21085 for the purpose of determining the value of the Property.

102029

cc:

Office of the U.S. Trustee
101 West Lombard Street, Suite 2650
Garmatz Courthouse
Baltimore, Maryland  21201

Dianne Moorehead Hughes, Esquire
30 E. Pennsylvania Avenue
Suite 300
Bel Air, Maryland 21014

Ronald M. Osher
Long and Foster Real Estate, Inc.
1852 Reisterstown Road, Suite 202
Baltimore, Maryland 21208

Blaine A. Navarre
300 Brittney, Drive
Joppa, Maryland 21085

**END OF ORDER**